LEO EHRLICH and Others, as Executors, v. EDWARD S. WALDRON and Others.   EDWARD S. WALDRON and Others v. EDWARD S. WALDRON and Others.— Motion denied, with ten dollars costs.   Present — Clarke, P. J. Laughlin, Smith,.Page and Merrell, JJ.

COLUMBIA TRUST COMPANY v. NORSKE LLOYD INSURANCE COMPANY, LTD.— Motion for reargument denied; motion for leave to appeal granted. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

EFTERPI S. VRIONI, as Administratrix, etc., v. ALBERT KRUMENAKER. — Motion denied, with ten dollars costs.   Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

CHARLES BETTELS and Others v. JESSE S. PHILLIPS, as Superintendent of Insurance of the State of New York, etc.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

E. MOCH COMPANY v. THE SECURITY BANK OF NEW YORK.— Motion for stay under order for examination of defendant before trial pending appeal from said order granted.   Order to be settled on notice.   Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

In the Matter of EDWARD H. GRAHAM, Deceased.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

HARDMAN TIRE AND RUBBER COMPANY v. STANDARD AND VULCANITE PEN COMPANY.— Motion granted on condition that appellant comply with the terms stated in order.   Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

· In the Matter of HORACE D. BYRNES, an Attorney.— Reference ordered to Hon. John J. Freedman, Official Referee.   Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

FLORE CHAUVEAU v. PERRI H. MAXWELL.— Motion to dismiss appeal granted, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

GEORGE W. BUTTS, Appellant, v. ELIZABETH A. BUTTS, Respondent, Impleaded with Others.— Judgment affirmed, with costs. ˙ No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

In the Matter of the Transfer Tax upon the Estate of FERDINAND BLUMENTHAL, Deceased.   CECIL CHARLES BLUMENTHAL, as Executor, etc., Appellant; COMPTROLLER OF THE STATE OF NEW YORK, Respondent.— Order affirmed, with costs.   No opinion.   Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.   ·

SOPHIA ENGEL, as Administratrix, etc., Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment and order affirmed, with costs.   No opinion.   Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.; Clarke, P. J., dissented.

SAMUEL BECKER, an Infant, by BENJAMIN BECKER, His Guardian ad Litem, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment and order affirmed, with costs.   No opinion.   Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.